UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ROBERT PRESTON YOUNG,

Petitioner.

Case No. 25-cv-02167 BLF (PR)

**ORDER OF DISMISSAL**

Petitioner, a state prisoner at the Correctional Training Facility in Soledad, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 which was missing pages. Dkt. No. 1. Along with the petition, Petitioner filed a motion for resentencing under newly discovered evidence, Dkt. No. 2, and a blank application to proceed *in forma pauperis*, Dkt. No. 3. The Clerk sent two separate notices to Petitioner informing him that his petition was missing pages 1 and 2, and to submit a completed IFP application or pay the filing fee within twenty-eight days from the date of the notices to avoid dismissal. Dkt. Nos. 4, 5. This matter was reassigned to the undersigned on April 8, 2025. Dkt. No. 10.

The deadline has passed, and Petitioner has failed to respond to any of the Clerk's notices and has not otherwise communicated with the Court. Accordingly, the action is **DISMISSED** without prejudice for failure to file a proper petition and pay the filing fee.

///

The Clerk shall terminate all pending deadlines and close the case.

**IT IS SO ORDERED.**

Dated: __April 17, 2025_____

                                                                          /s/ Beth Labson Freeman
                                                                          BETH LABSON FREEMAN
                                                                          United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\HC.25\02167Young_dism-ifp&pet.docx