UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROBERT PRESTON YOUNG,<br>Petitioner. | Case No. 25-cv-02167 BLF (PR)<br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __April 17, 2025_____

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.25\02167Young_judgment.docx